1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:      (415) 554-3863
6  Facsimile:      (415) 554-3837
   E-Mail:         sean.connolly@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 | MEHRDAD ALEMOZAFFAR,              | Case No. C07-4494 JSW

14 |           Plaintiff,              | **PROOF OF SERVICE BY MAIL OF INITIAL COURT DOCUMENTS**

15 |    vs.                            |

16 | CITY AND COUNTY OF SAN            | Date Action Filed:   July 20, 2007
   | FRANCISCO, a municipal corporation; | Trial Date:          None set
17 | JESSE SERNA, individually and in his
   | official capacity as a police officer for the
18 | CITY AND COUNTY OF SAN
   | FRANCISCO; GARY MORIYAMA,
19 | individually and in his official capacity as
   | a police officer for the CITY AND
20 | COUNTY OF SAN FRANCISCO; J
   | MCGRATH, individually and in his
21 | official capacity as a police officer for the
   | CITY AND COUNTY OF SAN
22 | FRANCISCO; J. REYMUNDO,
   | individually and in his official capacity as
23 | a deputy sheriff officer for the CITY AND
   | COUNTY OF SAN FRANCISCO; G.
24 | COVIELLO, , individually and in his
   | official capacity as a deputy sheriff officer
25 | for the CITY AND COUNTY OF SAN
   | FRANCISCO.
26
   |           Defendants.
27

28

PROOF OF SERVICE OF INITIAL COURT                1                    n:\lit\li2007\080046\00435004.doc
DOCUMENTS; USDC CASE NO. C07-4494 JSW

On August 31, 2007, I served the following documents:

1. Order Setting Initial Case Management Conference;

2. U.S. District Court Northern California ECF Registration Information Handout;

3. Welcome to the U.S. District Court, San Francisco Handout;

4. Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and

5. Public Notice re Magistrate Judge Wayne D. Brazil,

on the following party:

> Sanford M. Cipinko, Esq.
> Jeremy Cloyd, Esq.
> Law Offices of Sanford M. Cipinko
> 55 Francisco Street, Suite 403
> San Francisco, CA 94133
> Telephone: (415) 693-9905
> Facsimile: (415) 693-9904
> (Counsel for Plaintiff)

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace, at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California 94102, for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 31, 2007, at San Francisco, California.

s/*Pamela Cheeseborough*
Pamela Cheeseborough

PROOF OF SERVICE OF INITIAL COURT DOCUMENTS; USDC CASE NO. C07-4494 JSW     2     n:\lit\li2007\080046\00435004.doc