DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>      Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>      Defendants. | Case No. C07-4494 JSW<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF REASSIGNMENT OF ATTORNEY**<br><br>Date Action Filed:   July 20, 2007<br>Trial Date:   None Set |

1  PLEASE TAKE NOTICE that this case has been reassigned to SCOTT D. WIENER, Deputy City Attorney as counsel of record for Defendant City and County of San Francisco.

All pleadings and communications heretofore addressed to Deputy City Attorney SEAN F. CONNOLLY should hereafter be addressed to:

> SCOTT D. WIENER
> Deputy City Attorney
> Office of the City Attorney
> 1390 Market Street, Sixth Floor
> San Francisco, CA  94102
> Telephone:    (415) 554-4283
> Facsimile:     (415) 554-3837

Dated:  September 28, 2007

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> SCOTT D. WIENER
> Deputy City Attorney
>
>    - /s/ -   Scott D. Wiener
> By:_____
> SCOTT D. WIENER
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

---

Notice – Notice of Reassignment of Attorney;
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW

2

n:\lit\li2007\080046\00440714.doc