# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Alemozaffar,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>City and County of San Francisco,<br><br>　　　　　　Defendant(s). | 07-04494 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**James V. Fitzgerald**
McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer LLP
1211 Newell Ave., 2nd Fl.
Walnut Creek, CA 94596
925-939-5330

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: December 3, 2007

          RICHARD W. WIEKING
          Clerk
          by:    Alice M. Fiel

          ADR Case Administrator
          415-522-3148
          Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04494 JSW MED          - 2 -