1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | MEHRDAD ALEMOZAFFAR,                              | Case No. C07-4494 JSW
12 |                                                   |
   |         Plaintiff,                                | **STIPULATION AND [PROPOSED]**
13 |                                                   | **ORDER REGARDING SERVICE AND**
   |     vs.                                           | **ANSWER OF INDIVIDUALLY**
14 |                                                   | **NAMED OFFICER-DEFENDANTS**
   | CITY AND COUNTY OF SAN
15 | FRANCISCO, a municipal corporation;
   | JESSE SERNA, individually and in his
16 | official capacity as a police officer for the
   | CITY AND COUNTY OF SAN
17 | FRANCISCO; GARY MORIYAMA,
   | individually and in his official capacity as
18 | a police officer for the CITY AND
   | COUNTY OF SAN FRANCISCO; J
19 | MCGRATH, individually and in his
   | official capacity as a police officer for the
20 | CITY AND COUNTY OF SAN
   | FRANCISCO; J. REYMUNDO,
21 | individually and in his official capacity as
   | a deputy sheriff officer for the CITY AND
22 | COUNTY OF SAN FRANCISCO; G.
   | COVIELLO, , individually and in his
23 | official capacity as a deputy sheriff officer
   | for the CITY AND COUNTY OF SAN
24 | FRANCISCO.
   |
25 |         Defendants.

26
27
28
   STIPULATION AND ORDER RE SERVICE AND        1        n:\lit\li2007\080046\00452847.doc
   ANSWERS;
   Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW

The parties hereby agree and stipulate as follows:

1. Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello are deemed to have been personally served with summons and complaint.

2. The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello. Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello therefore will not need to file answers in addition to the City's answer filed in Superior Court.

Dated: December 4, 2007

    DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By:   - /s/ - Scott D. Wiener
SCOTT D. WIENER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 4, 2007

LAW OFFICES OF SANFORD M. CIPINKO

By:   - /s/ - Jeremy Cloyd
JEREMY CLOYD
Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

SO ORDERED.

_____  _____
HON. JEFFREY S. WHITE                                    DATE
UNITED STATES DISTRICT JUDGE