The parties hereby agree and stipulate as follows:

1. Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello are deemed to have been personally served with summons and complaint.

2. The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello. Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello therefore will not need to file answers in addition to the City's answer filed in Superior Court.

Dated: December 4, 2007

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

        - /s/ - Scott D. Wiener
By:_____
        SCOTT D. WIENER
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: December 4, 2007

        LAW OFFICES OF SANFORD M. CIPINKO

By:_____
        JEREMY CLOYD
        Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

SO ORDERED.

_____        _____
HON. JEFFREY S. WHITE                                  DATE
UNITED STATES DISTRICT JUDGE