1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>           Defendants. | Case No. C07-4494 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND ANSWER OF INDIVIDUALLY NAMED OFFICER-DEFENDANTS** |
|---|---|

The parties hereby agree and stipulate as follows:

1. Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello are deemed to have been personally served with summons and complaint.

2. The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello. Defendants Serna, Moriyama, McGrath, Reymundo, and Coviello therefore will not need to file answers in addition to the City's answer filed in Superior Court.

Dated: December 4, 2007

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>SCOTT D. WIENER
>Deputy City Attorney
>
>By: - /s/ - Scott D. Wiener
>SCOTT D. WIENER
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated: December 4, 2007

>LAW OFFICES OF SANFORD M. CIPINKO
>
>By: - /s/ - Jeremy Cloyd
>JEREMY CLOYD
>Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

SO ORDERED.

_[signature: Jeffrey S. White]_            December 6, 2007
HON. JEFFREY S. WHITE                      DATE
UNITED STATES DISTRICT JUDGE