IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: December 7, 2007                    **Court Reporter**: Jm Yeomans

**CASE NO. C-07-4494 JSW**

**TITLE:** Mehrdad Alemozaffar v. City and County of San Francisco

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Sanford Cipinko                            Scott Weiner
Jeremy Cloyd

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by December 14, 2007.

Punitive Damages discovery is STAYED.

ADR: Court-connected mediation to be completed by 3-31-08

The Court will allow 5 depositions per side in aide of mediation.

**Further CMC: 4-18-08 at 1:30 p.m.**
**Joint CMC Statement due: 4-11-08**

**REFERRALS:**

[X] Case referred to ADR for court-connected mediation to be completed by 3-31-08.

**cc:** ADR