1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 | MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | **JOINT STATEMENT REGARDING CONSENT OR NON-CONSENT TO TRIAL OF THE CASE BY A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | |
| Defendants. | |

The parties do not consent to trial of this case by a United States Magistrate Judge.

Dated:  December 13, 2007

                                      DENNIS J. HERRERA  
                                      City Attorney  
                                      JOANNE HOEPER  
                                      Chief Trial Deputy  
                                      SCOTT D. WIENER  
                                      Deputy City Attorney

                                         - /s/ -  Scott D. Wiener  
                              By:_____  
                                      SCOTT D. WIENER  
                                      Attorneys for Defendant  
                                      CITY AND COUNTY OF SAN FRANCISCO

Dated:  December 13, 2007

                                      LAW OFFICES OF SANFORD M. CIPINKO

                                       - /s/ -  Jeremy Cloyd  
                              By:_____  
                                      JEREMY CLOYD  
                                      Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR