1       The parties do not consent to trial of this case by a United States Magistrate Judge.

2

3  Dated:  December 13, 2007

4

5                            DENNIS J. HERRERA
                              City Attorney

6                            JOANNE HOEPER
                            Chief Trial Deputy

7                            SCOTT D. WIENER
                            Deputy City Attorney

8

9                        - /s/ -  Scott D. Wiener
                    By:_____

10                         SCOTT D. WIENER
                         Attorneys for Defendant

11                         CITY AND COUNTY OF SAN FRANCISCO

12  Dated:  December 13, 2007

13                         LAW OFFICES OF SANFORD M. CIPINKO

14

15                  By:_____

16                    JEREMY CLOYD
                    Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

17

18

19

20

21

22

23

24

25

26

27

28

Alemozaffar v. CCSF, et al. -- USDC No. C07-4494 JSW    2    c:\documents and settings\jcloyd\local settings\temporary
                                             internet files\olk8a4\00455130.doc