# McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
### ATTORNEYS AT LAW

MICHAEL J. NEY  
THOMAS G. BEATTY  
ROBERT M. SLATTERY  
THOMAS E. PFALZER  
GUY D. BORGES  
ROGER J. BROTHERS  
GARY R. JOHNSON  
JAMES V. FITZGERALD, III  
MARTIN J. AMBACHER  
ROBERT W. HODGES  
J. WESLEY SMITH  
PAUL B. WALSH  
ANN H. LARSON  
R. DEWEY WHEELER  
SETH J. SCHWARTZ  
ROBERT W. LAMSON  

RICARDO A. MARTINEZ  
DIANNE KREMEN COLVILLE  
LISA R. ROBERTS  
DENISE BILLUPS-SLONE  
J. LUCIAN DODSON III  
JAMES E. ALLEN  
ERIC G. LUNDBERG  
DENISE J. SERRA  
WILMA J. GRAY  
HOWARD PATRICK SWEENEY  
PETER J. HIRSIG  
PATRICK L. MOORE  
RICHARD M. McNEELY  
GARY A. WATT  
NOAH G. BLECHMAN  
MICHAEL P. CLARK  

JENIFER K. LEECE  
BARBARA L. MILLER  
CATHLEEN A. IRWIN  
JENNIFER A. PHILLIPS  
SUZANNE FOLEY SPRAGUE  
SHARON A. GARSKE  
MILOSLAV KHADILKAR  
PETER W. SEKELICK  
JEANNE C. SHIH  
TONYA R. DRAEGER  
HENRY WILLIAMS III  
MATTHEW P. SULLIVAN  
CARRIE E. CROXALL  
AARON M. SCOLARI  
SHAWN F. HARDING  

PETRA BRUGGISSER  
CHRISTOPHER N. ODNE  
NOLAN S. ARMSTRONG  
MARK P. IEZZA  
CHRISTOPHER T. LUSTIG  
BARTON J. CERIONI  
RYAN J. BARNCASTLE  
MILJOY B. LINSAO  
TANNER D. BRINK  
CHRISTINE E. GARSKE  
WILLIAM L. McCASLIN  
CONNOR MICHAEL DAY  
KEVIN T. KERR  
ANDREA N. de KONING  
NATHANIEL A. SMITH  

1211 NEWELL AVENUE  
WALNUT CREEK, CA 94596-5331  

**PLEASE RESPOND TO:**  
P.O. BOX 5288  
WALNUT CREEK, CA 94596  

TELEPHONE: (925) 939-5330  
FACSIMILE:  (925) 939-0203  

www.mcnamaralaw.com  

SOLANO COUNTY OFFICE  
639 KENTUCKY STREET, FIRST FLOOR  
FAIRFIELD, CA 94533-5530  
TELEPHONE: (707) 427-3998  
FACSIMILE: (707) 427-0268  

SAN JOAQUIN COUNTY OFFICE  
2316 ORCHARD PARKWAY, SUITE 120  
TRACY, CA 95377  
TELEPHONE: (877) 839-5330  
FACSIMILE: (209) 839-6758  

PARTNERS EMERITUS  
DANIEL J. McNAMARA  
DOUGLAS C. McCLURE  

RICHARD E. DODGE  
(1941 – 2000)  

OF COUNSEL  
WILLIAM K. HOUSTON, JR.  
ANTHONY J. DeMARIA  

January 3, 2008

James V. Fitzgerald, III  
james.fitzgerald@mcnamaralaw.com

Sanford M. Cipinko, Esq.  
Law Offices of Sanford M. Cipinko  
55 Francisco Street, Suite 403  
San Francisco, CA 94133

Mr. Scott D. Wiener  
City & County of S.F.  
1390 Market Street  
Fox Plaza, 6/F  
San Francisco , CA 94102

Re:   **Alemozaffar v. City & County of S.F.**

Dear Mr. Cipinko and Mr. Weiner:

As you know, I have been appointed by the District Court to serve as the Mediator in this case.  Please be sure to review carefully ADR L.R. 6 which governs the ENE program.

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all trial counsel before the formal evaluation session to discuss the following:

- The procedures to be followed

- The nature of the case

- Appropriate dates for the Mediation session

- The parties who will be present at the Mediation and other procedural matters

Sanford M. Cipinko, Esq.
Mr. Scott D. Wiener
January 3, 2008
Page 2

Re:    Alemozaffar v. City & County of S.F.

- Ideas to improve the effectiveness of the Mediation or matters that could pose impediments

- Requirements for your written Mediation statements

- Any questions you might have about the ENE program

I anticipate that the telephone conference will last approximately one-half hour. My secretary will call or e-mail each of you in the next few days to determine your availability for the telephone conference, which I hope to conduct before January 11, 2008. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the Mediation may be conducted. The final date that the session can be held is March 31, 2008.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

Very truly yours,

James V. Fitzgerald, III

JVF:ssa

cc: