1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>        Defendants. | Case No. C07-4494 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DEADLINE AND SUBSEQUENT CASE MANAGEMENT CONFERENCE** |

1   WHEREAS the Court previously conducted a case management conference in this matter;

2   WHEREAS the Court set a further case management conference for April 18, 2008, at 1:30
3   p.m., to be preceded by preliminary discovery (five depositions per side) and a mediation to be
4   completed no later than March 31, 2008;

5   WHEREAS the parties have diligently attempted to schedule all depositions to be completed
6   in time to mediate by March 31, 2008;

7   WHEREAS the parties will be unable to complete the first phase of discovery in time to
8   mediate by March 31, 2008, because of various factors, including Plaintiff's residence in
9   Massachusetts; a health emergency (cancer requiring prompt surgery and treatment) impacting the
10  spouse of one of the attorneys on the case; counsel for Defendants' out-of-country vacation the
11  second half of February; and other conflicts;

12  AND WHEREAS the parties believe that mediation will be unproductive without completing
13  this initial phase of discovery;

14  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that
15  the case management schedule be modified such that the deadline to mediate be extended to April
16  30, 2008, and such that the further case management conference be continued to May 16, 2008, or
17  May 23, 2008.

19  Dated:  January 25, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

  - /s/ -  Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants

Dated: January 25, 2008

                          LAW OFFICES OF SANFORD M. CIPINKO

                     - /s/ - Jeremy Cloyd
By:_____
    JEREMY CLOYD
    Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

### ORDER

Based on the parties' stipulation, the Court hereby orders that the deadline to complete mediation be extended to April 30, 2008, and that the April 18, 2008, case management conference be continued to May ___, 2008, at 1:30 p.m.

SO ORDERED.

_____    _____
HON. JEFFREY S. WHITE                                                        DATE
UNITED STATES DISTRICT JUDGE