1    WHEREAS the Court previously conducted a case management conference in this matter;

2    WHEREAS the Court set a further case management conference for April 18, 2008, at 1:30 p.m., to be preceded by preliminary discovery (five depositions per side) and a mediation to be completed no later than March 31, 2008;

WHEREAS the parties have diligently attempted to schedule all depositions to be completed in time to mediate by March 31, 2008;

WHEREAS the parties will be unable to complete the first phase of discovery in time to mediate by March 31, 2008, because of various factors, including Plaintiff's residence in Massachusetts; a health emergency (cancer requiring prompt surgery and treatment) impacting the spouse of one of the attorneys on the case; counsel for Defendants' out-of-country vacation the second half of February; and other conflicts;

AND WHEREAS the parties believe that mediation will be unproductive without completing this initial phase of discovery;

THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that the case management schedule be modified such that the deadline to mediate be extended to April 30, 2008, and such that the further case management conference be continued to May 16, 2008, or May 23, 2008.

Dated: January 25, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

        - /s/ - Scott D. Wiener
By:_____
        SCOTT D. WIENER
        Attorneys for Defendants

Dated: January 25, 2008

LAW OFFICES OF SANFORD M. CIPINKO

By: _____
JEREMY CLOYD
Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

## ORDER

Based on the parties' stipulation, the Court hereby orders that the deadline to complete mediation be extended to April 30, 2008, and that the April 18, 2008, case management conference be continued to May ___, 2008, at 1:30 p.m.

SO ORDERED.

_____    _____
HON. JEFFREY S. WHITE            DATE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER;
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW

3

c:\documents and settings\jcloyd\local settings\temporary internet files\olk8a4\00462314.doc