DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>　　　　　Defendants. | Case No. C07-4494 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DEADLINE AND SUBSEQUENT CASE MANAGEMENT CONFERENCE** |

1  WHEREAS the Court previously conducted a case management conference in this matter;

2  WHEREAS the Court set a further case management conference for April 18, 2008, at 1:30 p.m., to be preceded by preliminary discovery (five depositions per side) and a mediation to be completed no later than March 31, 2008;

5  WHEREAS the parties have diligently attempted to schedule all depositions to be completed in time to mediate by March 31, 2008;

7  WHEREAS the parties will be unable to complete the first phase of discovery in time to mediate by March 31, 2008, because of various factors, including Plaintiff's residence in Massachusetts; a health emergency (cancer requiring prompt surgery and treatment) impacting the spouse of one of the attorneys on the case; counsel for Defendants' out-of-country vacation the second half of February; and other conflicts;

12  AND WHEREAS the parties believe that mediation will be unproductive without completing this initial phase of discovery;

14  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that the case management schedule be modified such that the deadline to mediate be extended to April 30, 2008, and such that the further case management conference be continued to May 16, 2008, or May 23, 2008.

Dated:  January 25, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

 - /s/ -  Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants

STIPULATION AND ORDER;                         2                      n:\lit\li2007\080046\00462314.doc
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW

Dated: January 25, 2008

             LAW OFFICES OF SANFORD M. CIPINKO

              - /s/ -  Jeremy Cloyd
           By:_____
             JEREMY CLOYD
             Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

## ORDER

Based on the parties' stipulation, the Court hereby orders that the deadline to complete mediation be extended to April 30, 2008, and that the April 18, 2008, case management conference be continued to May 16, 2008, at 1:30 p.m.

  SO ORDERED.

_____       January 28, 2008
HON. JEFFREY S. WHITE             DATE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER;        3       n:\lit\li2007\080046\00462314.doc
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW