1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA 94133
   VOICE:    (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorneys for Plaintiff
   MEHRDAD ALEMOZAFFAR
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR, | Case No. C 07-04494 JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING MEDIATION DEADLINE AND SUBSEQUENT CASE MANAGEMENT CONFERENCE |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO ; and DOES 1-50, individually and in their official capacities. | |
| Defendants. | |

1     WHEREAS the Court previously conducted a case management conference in
2 this matter;
3     WHEREAS the Court set a further case management conference for May 16,
4 2008, at 1:30 p.m., to be preceded by preliminary discovery (five depositions per side)
5 and a mediation to be completed no later than April 30, 2008;
6     WHEREAS the parties have diligently attempted to schedule the mediation to be
7 completed by April 30, 2008;
8     AND WHEREAS the parties will be unable to complete the mediation by April 30,
9 2008 due to the Plaintiff's recently discovered unavailability during April 2008 (Plaintiff is
10 the primary caretaker for pos-operative vascular patients and there are no other people
11 to work in his stead during the month of April because the flow person quit and the
12 physician assistant is on maternity leave and if Plaintiff travels to California from
13 Massachusetts, he would compromise the safety and care of his patients);
14     THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the
15 Court, that the case management schedule be modified such that the deadline to
16 mediate be extended to May 30, 2008, and such that the further case management
17 conference be continued to a date thereafter.
18
19 Dated: March 4, 2008

                    DENNIS J. HERRERA
                    City Attorney
                    JOANNE HOEPER
                    Chief Trial Deputy
                    SCOTT D. WIENER
                    Deputy City Attorney

                    - /s/ - Scott D. Wiener
              By:_____
                    SCOTT D. WIENER
                    Attorneys for Defendants


1

2  Dated: March 4, 2008             LAW OFFICES OF SANFORD M. CIPINKO

3                                          - /s/ -  Jeremy Cloyd
                                        By:_____
4                                          JEREMY CLOYD
5                                          Attorneys for Plaintiff MEHRDAD
                                           ALEMOZAFFAR
6

7

8

9                                      ORDER

10 Based on the parties' stipulation, the Court hereby orders that the deadline to complete

11 mediation be extended to May 30, 2008, and that the April 18, 2008, case management

12 conference be continued to _____, 2008, at 1:30 p.m.

13 SO ORDERED.
14

15 Dated:
16

17                                      _____
                                        THE HONORABLE JEFFREY S. WHITE
18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

**STIPULATION AND [PROPOSED] ORDER RE MEDIATION; CASE NO. C 07-04494 JSW**                          3