**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: June 4, 2008

Case No: **C-07-04494 JSW (EDL)**

Case Name: **MEHRDAD ALEMOZAFFAR v. CITY AND COUNTY OF SAN FRANCISCO**

    Attorneys:    Pltf: Jeremy Cloyd   Deft: Scott Weiner

    Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 9:52am - 10:11am
                                                                (Time: 19)

**PROCEEDINGS:**
    Telephonic Discovery Hearing - held

**ORDERED AFTER HEARING:**
    Plaintiff shall prepare a joint proposed order summarizing the rulings made as stated at the hearing.

**Order to be prepared by:**  [] Plntf  [] Deft  [] Court

**Case continued to:**  for

**Notes:**

cc: