1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA 94133
   VOICE:      (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorneys for Plaintiff
   MEHRDAD ALEMOZAFFAR
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO ; and DOES 1-50, individually and in their official capacities.<br><br>　　　　Defendants. | Case No. C 07-04494 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE JUNE 13, 2008 CASE MANAGEMENT CONFERENCE** |

1　　Plaintiff Mehrdad Alemozaffar and Defendants City and County of San Francisco,
2　Officer Jesse Serna, Officer Gary Moriyama, Officer J. McGrath, Deputy George
3　Coviello and Deputy Jurnation Reymundo hereby request that the honorable Jeffrey S.
4　White postpone the date of the Case Management Conference in this matter on June
5　13, 2008 to either June 20, 2008 or July 18, 2008, or as soon thereafter as a conference
6　can be scheduled.

7　　This matter is set for a Case Management Conference on June 13, 2008 at 1:30
8　p.m. following the parties' unsuccessful mediation on May 28, 2008. Lead trial counsel
9　for plaintiff, Sanford Cipinko, will be in trial beginning on June 9, 2008, which is very
10　likely to continue through June 13, 2008. Although Mr. Cipinko's associate is available
11　on June 13, 2008, Mr. Cipinko believes that the Case Management Conference will be
12　more productive if he can attend.

13　　Counsel for Plaintiff and Defendants agreed to ask that the case management
14　conference be postponed from June 13, 2008 to the next Friday, June 20, 2008, or
15　Friday, July 18, 2008, or to a date as soon thereafter that the Court can accommodate.
16　IT IS SO STIPULATED.

17　Dated: 6/5/08

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
RONALD P. FLYNN
Deputy City Attorney

By: _____
SCOTT D. WIENER
Attorneys for Defendants

24　Dated: 6/5/08

LAW OFFICES OF SANFORD M. CIPINKO

By: _____
JEREMY CLOYD
Attorneys for Plaintiff

# [PROPOSED] ORDER

Good Cause Appearing,

The Court hereby vacates the Case Management Conference set for June 13, 2008 in this matter and sets it for _____ at _____. The parties shall file Case Management Statements no later than _____.

Dated:

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE