1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA 94133
   VOICE:      (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorneys for Plaintiff
   MEHRDAD ALEMOZAFFAR
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   MEHRDAD ALEMOZAFFAR,                    )  Case No. C 07-04494 JSW
12                                         )
                Plaintiff,                 )
13                                         )  STIPULATION AND [PROPOSED]
          vs.                              )  ORDER CONTINUING THE JUNE 13,
14                                         )  2008 CASE MANAGEMENT
   CITY AND COUNTY OF SAN                  )  CONFERENCE
15 FRANCISCO, a municipal corporation;     )
   JESSE SERNA, individually and in his    )
16 official capacity as a police officer for the )
   CITY AND COUNTY OF SAN                  )
17 FRANCISCO; GARY MORIYAMA,               )
   individually and in his official capacity as a )
18 police officer for the CITY AND COUNTY  )
   OF SAN FRANCISCO; J. MCGRATH,           )
19 individually and in his official capacity as a )
   police officer for the CITY AND COUNTY  )
20 OF SAN FRANCISCO; J. REYMUNDO,          )
   individually and in his official capacity as a )
21 deputy sheriff officer for the CITY AND  )
   COUNTY OF SAN FRANCISCO; G.             )
22 COVIELLO, individually and in his official )
   capacity as a deputy sheriff officer for the )
23 CITY AND COUNTY OF SAN                  )
   FRANCISCO ; and DOES 1-50,             )
24 individually and in their official capacities. )
                                           )
25              Defendants.                )
                                           )
26 _____)

27

1       Plaintiff Mehrdad Alemozaffar and Defendants City and County of San Francisco,

2 Officer Jesse Serna, Officer Gary Moriyama, Officer J. McGrath, Deputy George

3 Coviello and Deputy Jurnation Reymundo hereby request that the honorable Jeffrey S.

4 White postpone the date of the Case Management Conference in this matter on June

5 13, 2008 to either June 20, 2008 or July 18, 2008, or as soon thereafter as a conference

6 can be scheduled.

7       This matter is set for a Case Management Conference on June 13, 2008 at 1:30

8 p.m. following the parties' unsuccessful mediation on May 28, 2008. Lead trial counsel

9 for plaintiff, Sanford Cipinko, will be in trial beginning on June 9, 2008, which is very

10 likely to continue through June 13, 2008. Although Mr. Cipinko's associate is available

11 on June 13, 2008, Mr. Cipinko believes that the Case Management Conference will be

12 more productive if he can attend.

13       Counsel for Plaintiff and Defendants agreed to ask that the case management

14 conference be postponed from June 13, 2008 to the next Friday, June 20, 2008, or

15 Friday, July 18, 2008, or to a date as soon thereafter that the Court can accommodate.

16 IT IS SO STIPULATED.

17 Dated: 6/5/08

18

19

20

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Attorney
    RONALD P. FLYNN
    Deputy City Attorney

21

22     By: _____
           SCOTT D. WIENER

23            Attorneys for Defendants

24 Dated: 6/5/08

25

    LAW OFFICES OF SANFORD M. CIPINKO

26     By: _____
           JEREMY CLOYD

27            Attorneys for Plaintiff

1

**[PROPOSED] ORDER**

2    Good Cause Appearing,

3    The Court hereby vacates the Case Management Conference set for June 13,

4    2008 in this matter and sets it for __June 20, 2008__ at __1:30p.m.__. The parties

5    shall file Case Management Statements no later than __June 13, 2008__.

6

7    Dated:    June 9, 2008

8

9    _____
     THE HONORABLE JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27