1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA 94133
   VOICE:       (415) 693-9905
4  FACSIMILE:  (415) 693-9904

5  Attorneys for Plaintiff
   MEHRDAD ALEMOZAFFAR
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   MEHRDAD ALEMOZAFFAR,                    )  Case No. C 07-04494 JSW
12                                         )
                 Plaintiff,                )
13                                         )  **[PROPOSED] ORDER REGARDING**
        vs.                                )  **DEFENDANTS' RESPONSES TO**
14                                         )  **PLAINTIFF'S REQUESTS FOR**
   CITY AND COUNTY OF SAN                  )  **PRODUCTION, SET ONE**
15 FRANCISCO, a municipal corporation;     )
   JESSE SERNA, individually and in his    )  **Date:         June 4, 2008**
16 official capacity as a police officer for the ) **Time:        9:30 a.m.**
   CITY AND COUNTY OF SAN                  )  **Courtroom:   E**
17 FRANCISCO; GARY MORIYAMA,               )
   individually and in his official capacity as a )
18 police officer for the CITY AND COUNTY  )
   OF SAN FRANCISCO; J. MCGRATH,           )
19 individually and in his official capacity as a )
   police officer for the CITY AND COUNTY  )
20 OF SAN FRANCISCO; J. REYMUNDO,          )
   individually and in his official capacity as a )
21 deputy sheriff officer for the CITY AND  )
   COUNTY OF SAN FRANCISCO; G.             )
22 COVIELLO, individually and in his official )
   capacity as a deputy sheriff officer for the )
23 CITY AND COUNTY OF SAN                  )
   FRANCISCO ; and DOES 1-50,              )
24 individually and in their official capacities. )
                                           )
25               Defendants.               )
                                           )
26                                         )

27

28

[PROPOSED] ORDER RE DISCOVERY; CASE NO. C 07-04494 JSW                    1

1    This discovery dispute regarding Defendants' responses to document requests

2    was presented to the Court in the form of a May 20, 2008 joint letter to Judge Jeffrey S.

3    White.  On May 21, 2008, the Honorable Jeffrey S. White referred this matter to

4    Magistrate Judge Elizabeth D. Laporte, in front of whom a hearing on the matter was

5    scheduled for June 4, 2008 at 9:30 a.m. in Courtroom E.

6    Scott Wiener appeared at the hearing on behalf of Defendants City and County

7    of San Francisco and the individually named defendants.  Jeremy Cloyd appeared on

8    behalf of plaintiff Mehrdad Alemozaffar.  After considering the papers submitted and the

9    arguments of counsel, and finding good cause, the Court rules as follows:

10    Defendants shall comply with Plaintiff's Request for Production 2 as limited by

11    this Order to excessive force and false arrest complaints for the duration of the

12    individuals' employment.  This limitation shall be broadly construed.

13    Defendants shall comply with Plaintiff's Request for Production 4 as limited by

14    this Order to the period of five years before the date of the subject incident.

15    Defendants shall comply with Plaintiff's Request for Production 5 as limited by

16    this Order to the period of five years before the date of the subject incident.

17    Defendants shall comply with Plaintiff's Request for Production 6 as limited by

18    this Order to excessive force and false arrest complaints for the duration of the

19    individuals' employment.  This limitation shall be broadly construed.

20    Defendants shall comply with Plaintiff's Request for Production 7 as limited by

21    this Order to excessive force and false arrest complaints for the duration of the

22    individuals' employment.  This limitation shall be broadly construed.

23    Defendants shall comply with Plaintiff's Request for Production 8 based upon

24    counsel's agreement to comply.

25    Defendants shall comply with Plaintiff's Request for Production 9 as limited by

26    this Order to administrative violations relating to reporting use of force.  This limitation

27    shall be broadly construed.

28

1   Defendants shall comply with Plaintiff's Request for Production 10 based upon

2  counsel's agreement to comply.

3   Defendants shall not comply with Plaintiff's Requests for Production 11 and 13

4  based upon Plaintiff's agreement to withdraw this request.

5   Defendant shall comply with Plaintiff's Request for Production 14.  However,

6  defendants may redact the responsive documents so as to limit the production to

7  performance evaluations relating to excessive force or false arrest.  This limitation shall

8  be construed broadly and plaintiff may contest redactions by in camera review.

9   Defendants shall comply with this Order by producing or making available

10  responsive documents by July 4, 2008.  Plaintiff shall reimburse Defendants for agreed

11  upon reproduction costs on or before the date of production.  If there is a dispute about

12  reproduction costs, the parties may submit the dispute to Magistrate Judge Laporte by

13  joint letter not to exceed one page.

14   **IT IS SO ORDERED.**

15  DATED: _____    By:_____

16                                  ELIZABETH D. LAPORTE
                                   United States Magistrate Judge

17  Approved as to form:

18  DATED: June 10, 2008    LAW OFFICES OF SANFORD M. CIPINKO

19

20                          By:_____

21                              JEREMY CLOYD
                               Attorneys for Plaintiff

22

23  DATED: June 10, 2008    DENNIS J. HERRERA
                           City Attorney

24                          JOANNE HOEPER
                           Chief Trial Deputy

25                          SCOTT D. WIENER
                           Deputy City Attorney

26

27                          By:_____

28                              SCOTT D. WIENER
                               Attorneys for Defendants