1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA 94133
   VOICE:      (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorneys for Plaintiff
   MEHRDAD ALEMOZAFFAR
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   MEHRDAD ALEMOZAFFAR,                  )  Case No. C 07-04494 JSW
12                                       )
             Plaintiff,                  )
13                                       )  [PROPOSED] ORDER REGARDING
        vs.                              )  DEFENDANTS' RESPONSES TO
14                                       )  PLAINTIFF'S REQUESTS FOR
   CITY AND COUNTY OF SAN                )  PRODUCTION, SET ONE
15 FRANCISCO, a municipal corporation;   )
   JESSE SERNA, individually and in his  )  Date:       June 4, 2008
16 official capacity as a police officer for the ) Time:    9:30 a.m.
   CITY AND COUNTY OF SAN                )  Courtroom:  E
17 FRANCISCO; GARY MORIYAMA,             )
   individually and in his official capacity as a )
18 police officer for the CITY AND COUNTY )
   OF SAN FRANCISCO; J. MCGRATH,         )
19 individually and in his official capacity as a )
   police officer for the CITY AND COUNTY )
20 OF SAN FRANCISCO; J. REYMUNDO,        )
   individually and in his official capacity as a )
21 deputy sheriff officer for the CITY AND )
   COUNTY OF SAN FRANCISCO; G.           )
22 COVIELLO, individually and in his official )
   capacity as a deputy sheriff officer for the )
23 CITY AND COUNTY OF SAN                )
   FRANCISCO ; and DOES 1-50,            )
24 individually and in their official capacities. )
                                         )
25           Defendants.                 )
                                         )
26

27

28

1    This discovery dispute regarding Defendants' responses to document requests was presented to the Court in the form of a May 20, 2008 joint letter to Judge Jeffrey S. White. On May 21, 2008, the Honorable Jeffrey S. White referred this matter to Magistrate Judge Elizabeth D. Laporte, in front of whom a hearing on the matter was scheduled for June 4, 2008 at 9:30 a.m. in Courtroom E.

Scott Wiener appeared at the hearing on behalf of Defendants City and County of San Francisco and the individually named defendants. Jeremy Cloyd appeared on behalf of plaintiff Mehrdad Alemozaffar. After considering the papers submitted and the arguments of counsel, and finding good cause, the Court rules as follows:

Defendants shall comply with Plaintiff's Request for Production 2 as limited by this Order to excessive force and false arrest complaints for the duration of the individuals' employment. This limitation shall be broadly construed.

Defendants shall comply with Plaintiff's Request for Production 4 as limited by this Order to the period of five years before the date of the subject incident.

Defendants shall comply with Plaintiff's Request for Production 5 as limited by this Order to the period of five years before the date of the subject incident.

Defendants shall comply with Plaintiff's Request for Production 6 as limited by this Order to excessive force and false arrest complaints for the duration of the individuals' employment. This limitation shall be broadly construed.

Defendants shall comply with Plaintiff's Request for Production 7 as limited by this Order to excessive force and false arrest complaints for the duration of the individuals' employment. This limitation shall be broadly construed.

Defendants shall comply with Plaintiff's Request for Production 8 based upon counsel's agreement to comply.

Defendants shall comply with Plaintiff's Request for Production 9 as limited by this Order to administrative violations relating to reporting use of force. This limitation shall be broadly construed.

1  Defendants shall comply with Plaintiff's Request for Production 10 based upon
2  counsel's agreement to comply.
3  Defendants shall not comply with Plaintiff's Requests for Production 11 and 13
4  based upon Plaintiff's agreement to withdraw this request.
5  Defendant shall comply with Plaintiff's Request for Production 14.  However,
6  defendants may redact the responsive documents so as to limit the production to
7  performance evaluations relating to excessive force or false arrest.  This limitation shall
8  be construed broadly and plaintiff may contest redactions by in camera review.
9  Defendants shall comply with this Order by producing or making available
10 responsive documents by July 4, 2008.  Plaintiff shall reimburse Defendants for agreed
11 upon reproduction costs on or before the date of production.  If there is a dispute about
12 reproduction costs, the parties may submit the dispute to Magistrate Judge Laporte by
13 joint letter not to exceed one page.

**IT IS SO ORDERED.**

DATED: June 11, 2008     By: _____
                             ELIZABETH D. LAPORTE
                             United States Magistrate Judge

Approved as to form:

DATED: June 10, 2008     LAW OFFICES OF SANFORD M. CIPINKO


                         By: _____
                             JEREMY CLOYD
                             Attorneys for Plaintiff


DATED: June 10, 2008     DENNIS J. HERRERA
                         City Attorney
                         JOANNE HOEPER
                         Chief Trial Deputy
                         SCOTT D. WIENER
                         Deputy City Attorney


                         By: _____
                             SCOTT D. WIENER
                             Attorneys for Defendants