# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 20, 2008                 **Court Reporter**: Lydia Zinn

**CASE NO. C-07-4494 JSW**

**TITLE:** Merhdad Alemozaffar v. City and County of San Francisco

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Jeremy Cloyd                            Scott Weiner
Sanford Cipinko

**PROCEEDINGS:** Further Case Management Conference

**RESULTS:**  Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-27-08.

> **Close of fact discovery: 12-22-08**
>
> **Close of Expert discovery: 1-6-09**
>
> **Hearing on dispositive motions (if any): 2-20-09 at 9:00 a.m.**
>
> **Further CMC: 12-12-08 at 1:30 p.m.**
>
> **Joint supplemental case management statement due: 12-5-08**
>
> **Pretrial Conference: 5-4-09 at 2:00 p.m.**
>
> **Jury Trial: 5-26-09 at 8:30 a.m.**