**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Alemozaffar,<br><br>       Plaintiff(s),<br><br>v.<br><br>City and County of San Francisco,<br><br>       Defendant(s). | No. C 07-04494 JSW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __5/28/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __5/29/08__    _____
Mediator, James V. Fitzgerald
McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer LLP
1211 Newell Ave., 2nd Fl.
Walnut Creek, CA 94596

**Certification of ADR Session**
07-04494 JSW MED