DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>　　　　　Defendants. | Case No. C07-4494 JSW<br><br>**JOINT STATEMENT REGARDING CONSENT OR NON-CONSENT TO TRIAL OF THE CASE BY A UNITED STATES MAGISTRATE JUDGE** |

1   The parties do not consent to trial of this case by a United States Magistrate Judge.

2

3   Dated:  June 26, 2008

4
                                            DENNIS J. HERRERA
5                                           City Attorney
                                            JOANNE HOEPER
6                                           Chief Trial Deputy
                                            SCOTT D. WIENER
7                                           Deputy City Attorney

8
                                              - /s/ -  Scott D. Wiener
9                                       By:
                                            SCOTT D. WIENER
10                                          Attorneys for Defendants

11

12
    Dated:  June 26, 2008
13
                                            LAW OFFICES OF SANFORD M. CIPINKO
14
                                              - /s/ -  Jeremy Cloyd
15                                      By:
16                                          JEREMY CLOYD
                                            Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR
17

18

19

20

21

22

23

24

25

26

27

28