The parties do not consent to trial of this case by a United States Magistrate Judge.

Dated: June 26, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

        - /s/ - Scott D. Wiener
By:_____
        SCOTT D. WIENER
        Attorneys for Defendants

Dated: June 26, 2008

        LAW OFFICES OF SANFORD M. CIPINKO

By:_____
        JEREMY CLOYD
        Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR