United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRDAD ALEMOZAFFAR,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-04494 JSW

**ORDER DENYING OBJECTION AND AFFIRMING THE DISCOVERY ORDER**

    Now before the Court is the objection filed by Defendants to Magistrate Judge Elizabeth Laporte's Discovery Order dated June 11, 2008 (the "Discovery Order"). Having carefully reviewed the objection and considered Defendants' arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Defendants' objections and AFFIRMS the Discovery Order.

    The District Court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

After a careful review of the Discovery Order, this Court finds that the Judge Laporte's ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Defendants Objections and AFFIRMS the Discovery Order dated June 11, 2008.

**IT IS SO ORDERED.**

Dated: July 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE