IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR, | No. C-07-04494 JSW (EDL) |
| Plaintiff, | **ORDER RE: AUGUST 8, 2008 LETTER FROM PARTIES** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

On June 11, 2008, after a discovery hearing on June 4, 2008, the Court ordered Defendants to produce certain documents in response to Plaintiff's Requests for Production of Documents. Subsequently, Defendants produced responsive documents. At issue now, as raised by the parties' August 8, 2008 letter, is whether Defendants' redactions in the documents of allegations of misconduct against officers other than the Defendants in this lawsuit were proper.[1] The Court has carefully reviewed the August 8, 2008 letter and issues the following Order.

Plaintiffs are entitled to discovery of information about officer witnesses involved in the same incidents of alleged misconduct as the Defendant officers, whether those non-Defendant officers were at the scene of the alleged misconduct or whether they became involved at some point, such as in the investigation of the misconduct. Although Defendants represent that they have not redacted the names of non-Defendant officers who were "witnesses," Plaintiff is entitled to

---

[1] The parties are cautioned that the Court's Order re Discovery Procedures does not provide for joint letters to the Court, and henceforth they must comply with that Order.

1 information, including additional allegations, involving those non-Defendant officers if they were
2 involved in the same incidents of alleged misconduct as the Defendant officers. No later than
3 August 19, 2008, Defendants shall produce unredacted documents pursuant to this Order.
4     Plaintiff's request for sanctions is denied. Not only must a motion for sanctions be made in a
5 separate motion pursuant to Civil Local Rule 37-3, the Court concludes that Defendants' redactions
6 were not an unreasonable interpretation of Plaintiff's discovery requests and this Court's Order.
7 **IT IS SO ORDERED.**
8 Dated: August 12, 2008

                                     ELIZABETH D. LAPORTE
                                     United States Magistrate Judge

**United States District Court**
For the Northern District of California