DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:　　(415) 554-4283
Facsimile:　　(415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DEADLINES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | |
| Defendants. | |

WHEREAS the Court held a case management conference on June 20, 2008, and issued a case management order on June 30, 2008, setting various pretrial deadlines;

WHEREAS the case management order provided January 6, 2009, as the deadline to complete expert discovery without providing a deadline for expert disclosures;

WHEREAS defense counsel's notes from the case management conference state that the Court indicated that January 6, 2009, would be the deadline for expert disclosures and January 21, 2009, would be the deadline to complete expert discovery;

WHEREAS the parties have met and conferred and are in agreement on a modified expert schedule that takes into account the circumstances of this case, the amount of time necessary to complete expert discovery, and defense counsel's trial schedule;

AND WHEREAS this modified expert schedule will not impact preparation for the pretrial conference;

THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that the deadline to disclose experts shall be January 9, 2009, and the deadline to complete expert discovery shall be February 11, 2009.

Dated:  December 1, 2008

                            DENNIS J. HERRERA
                            City Attorney
                            JOANNE HOEPER
                            Chief Trial Deputy
                            SCOTT D. WIENER
                            DANIEL A. ZAHEER
                            Deputy City Attorneys

                     - /s/ -  Scott D. Wiener
By:_____
       SCOTT D. WIENER
       Attorneys for Defendants

Dated: December 1, 2008

                                            LAW OFFICES OF SANFORD M. CIPINKO

                              - /s/ - Jeremy Cloyd
                    By:_____
                         JEREMY CLOYD
                         Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

## ORDER

Based on the foregoing stipulation and good cause appearing, the Court hereby orders that the case management order be amended, that the deadline to disclose experts and expert reports shall be January 9, 2009, and that the deadline to complete expert discovery shall be February 11, 2009.

SO ORDERED.

Dated: _____                _____
                                              HON. JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

Dated: December 1, 2008

LAW OFFICES OF SANFORD M. CIPINKO

By: /s/ Jeremy Cloyd
JEREMY CLOYD
Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

### ORDER

Based on the foregoing stipulation and good cause appearing, the Court hereby orders that the case management order be amended, that the deadline to disclose experts and expert reports shall be January 9, 2009, and that the deadline to complete expert discovery shall be February 11, 2009.

SO ORDERED.

Dated: December 3, 2008     /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE