DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | |
| Defendants. | |

WHEREAS the Court set this case for trial for May 26, 2009, with a pretrial conference set for May 4, 2009, at 2 p.m.;

WHEREAS defense counsel recently had a Superior Court trial date set for April 27, 2009, the setting of trial on that date being unavoidable;

WHEREAS the April 27 trial will last for 2-4 weeks, depending on various factors beyond the control of counsel;

WHEREAS the April 27 trial date will directly conflict with the May 4 pretrial conference, will significantly impact the ability of counsel to prepare for the current pretrial conference and trial, and may not end until very close to the current trial date;

WHEREAS good cause therefore exists for a brief trial continuance that will allow counsel to try the April 27 trial, prepare for the pretrial conference, and prepare for trial in this matter;

AND WHEREAS a brief trial continuance and continuance of the pretrial conference will not impact the expert deadlines previously set by the Court;

THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, as follows:

1.  The trial of this matter shall be continued to one of the following dates (listed in order of the parties' preference and with proposed pretrial conference date in parentheses):

June 15, 2009 (pretrial conference on May 26 at 2 p.m.)

June 22, 2009 (pretrial conference on June 1 at 2 p.m.)

June 8, 2009 (pretrial conference on May 26 at 2 p.m.)

2.  Lead trial counsel for Plaintiff leaves for a pre-paid vacation on July 25, 2009. Accordingly, if the Court cannot accommodate a June 2009 trial date, the parties request leave to submit an alternate stipulation.

3.  The hearing on any dispositive motion shall be continued to March 20, 2009, at 9 a.m.

Dated: December 23, 2008

                                  DENNIS J. HERRERA
                                  City Attorney
                                  JOANNE HOEPER
                                  Chief Trial Deputy
                                  SCOTT D. WIENER
                                  DANIEL A. ZAHEER
                                  Deputy City Attorneys

                                  - /s/ - Scott D. Wiener
                        By:_____
                                  SCOTT D. WIENER
                                  Attorneys for Defendants

Dated: December 23, 2008

                                  LAW OFFICES OF SANFORD M. CIPINKO

                                  - /s/ - Sanford Cipinko
                        By:_____
                                  SANFORD CIPINKO
                                  Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

## ORDER

Based on the foregoing stipulation and good cause appearing, the Court hereby orders that the trial of this matter be continued to June 15, 2009 at 8:30 a.m., that the pretrial conference be continued to May 26, 2009 at 2 p.m., ~~and that the hearing date for any dispositive motions be continued to March 20, 2009, at 9 a.m.~~

SO ORDERED.

Dated: January 5, 2009

                                  HON. JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE