Case 3:07-cv-04494-JSW Document 65 Filed 02/04/2009 Page 1 of 3

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   DANIEL A. ZAHEER, State Bar #237118
4  Deputy City Attorney
   1390 Market Street, 7th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISCOVERY ON LOST-EARNINGS CLAIM BY PLAINTIFF** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | |
| Defendants. | |

1  WHEREAS the parties disclosed experts on January 30, 2009;

2  WHEREAS plaintiff disclosed several experts who opined that Plaintiff has reduced ability
3  to earn income in the future as a surgeon as a result of injuries sustained during the subject incident;

4  WHEREAS based on such expert opinions, Plaintiff is making a wage-loss claim that may be
5  as large as $8,000,000;

6  WHEREAS the parties have a dispute about whether Plaintiff adequately disclosed this
7  wage-loss claim during discovery, with Plaintiff contending that he did and that the claim is
8  therefore proper, and Defendants contending that he did not and that the claim is therefore
9  excludable on motion to strike or motion in limine;

10  AND WHEREAS the parties have met and conferred and determined that discovery into the
11  wage-loss claim is appropriate at this point in time;

12  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval of the Court, that
13  Defendants may take discovery into Plaintiff's wage-loss claim by subpoenaing Plaintiff's
14  employment records and taking appropriate depositions.

Dated: February 3, 2009

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              SCOTT D. WIENER
                              DANIEL A. ZAHEER
                              Deputy City Attorney

                               - /s/ -  Scott D. Wiener
                          By:_____
                              SCOTT D. WIENER
                              Attorneys for Defendants
```

Dated: February 3, 2009

LAW OFFICES OF SANFORD M. CIPINKO

By: - /s/ - Jeremy Cloyd
JEREMY CLOYD
Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

SO ORDERED.

Dated: February 4, 2009 _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE