DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. <br><br> Defendants. | Case No. C07-4494 JSW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR ORDER ALLOWING DEFENDANTS TO EXCEED 15 PAGE LIMIT IN THEIR REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br> **[CIVIL L.R. 7-11]** |

[PROPOSED] ORDER RE: RELIEF FR PG LIMIT
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW
n:\lit\li2007\080046\00537025.doc

1
2         Pursuant to Civil Local Rule 7-11(a), Defendants' submitted a Request For Order Allowing
3   Defendants To Exceed Page Limit In Defendants' Reply to Opposition to Defendants' Motion for
4   Summary Judgment.  Having considered Defendants' submissions, the Court hereby GRANTS
5   Defendants' motion and allows Defendants to file a reply brief up to 18 pages, exclusive of tables,
6   declarations and exhibits.
7   Dated:  February 11, 2009                                  /s/ Jeffrey S. White
8                                                              HON. JEFFREY S. WHITE
                                                               UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: RELIEF FR PG LIMIT                              n:\lit\li2007\080046\00537025.doc
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW