| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | SCOTT D. WIENER, State Bar #189266<br>DANIEL A. ZAHEER, State Bar #237118 |
| 4 | Deputy City Attorney<br>1390 Market Street, 7th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-4283 |
| 6 | Facsimile: (415) 554-3837 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>　　　　　Defendants. | Case No. C07-4494 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DISCOVERY ON LOST-EARNINGS CLAIM BY PLAINTIFF** |

1  WHEREAS the parties disclosed experts on January 30, 2009;

2  WHEREAS plaintiff disclosed several experts who opined that Plaintiff has reduced ability
3 to earn income in the future as a surgeon as a result of injuries sustained during the subject incident;

4  WHEREAS based on such expert opinions, Plaintiff is making a wage-loss claim that may be
5 as large as $8,000,000;

6  WHEREAS the parties have a dispute about whether Plaintiff adequately disclosed this
7 wage-loss claim during discovery, with Plaintiff contending that he did and that the claim is
8 therefore proper, and Defendants contending that he did not and that the claim is therefore
9 excludable on motion to strike or motion in limine;

10  AND WHEREAS the parties have met and conferred and determined that discovery into the
11 wage-loss claim is appropriate at this point in time;

12  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval of the Court, that
13 Defendants may take discovery into Plaintiff's wage-loss claim by subpoenaing Plaintiff's
14 employment records and taking appropriate depositions.

Dated: February 3, 2009

```
                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                SCOTT D. WIENER
                                DANIEL A. ZAHEER
                                Deputy City Attorney

                                  - /s/ -  Scott D. Wiener
                            By:_____
                                SCOTT D. WIENER
                                Attorneys for Defendants
```

Dated: February 3, 2009

                          LAW OFFICES OF SANFORD M. CIPINKO

                    - /s/ - Jeremy Cloyd
By: _____
    JEREMY CLOYD
    Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

SO ORDERED.

Dated: __February 4, 2009__     _____
                                HON. JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE