IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRDAD ALEMOZAFFAR,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-04494 JSW

**ORDER GRANTING REQUESTS TO FILE DOCUMENTS UNDER SEAL**

    The Court HEREBY GRANTS the parties request to file under seal portions of Plaintiff's opposition brief, the Declaration of Jeremy Cloyd, Defendants' reply brief, and the Declaration of Daniel Zaheer in support of Defendants' reply. The seals portions of these documents are the portions described in Docket No. 79, as amended by Docket No. 85. Plaintiff shall filed amended redacted versions of his opposition brief and the Declaration of Jeremy Cloyd in accordance with this Order.

    **IT IS SO ORDERED.**

Dated: March 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE