DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER REMOVING DOCUMENT NUMBER 82 FROM DOCKET** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | |
| Defendants. | |

1 | Defendants have filed a motion for administrative relief requesting that Document Number 82 be removed from the Court's docket. For good cause shown, the Court hereby GRANTS the motion and ORDERS that Document Number 82 be removed from the Court's docket and no longer be publicly available through the Court's Electronic Case Filing and PACER systems.

IT IS SO ORDERED.

Dated: March 13, 2009

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE