DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:     (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>　　　　　Defendants. | Case No. C07-4494 JSW<br><br>[~~PROPOSED~~] **ORDER TO FILE SUPPLEMENTAL REPLY BRIEF DOCUMENTS PARTIALLY UNDER SEAL**<br>**[CIV. L.R. 7-11, 7-12, 79-5]** |

1   Defendants have requested that that portions certain documents related to their supplemental
2   reply brief in support of their motion for partial summary judgment be filed under seal.  For good
3   cause shown, the Court hereby GRANTS the motion and ORDERS that the designated portions of
4   the following documents be filed under seal:

5   (1) Supplemental Reply Brief In Support Of Defendant City And County Of San
6   Francisco's Motion For Partial Summary Judgment.

7   (2) Supplemental Reply Declaration of Daniel A. Zaheer In Support Of Defendants'
8   Motion for Partial Summary Judgment

9   (3) Supplemental Reply Declaration of Lieutenant Daniel Mahoney In Support Of
10  Defendants' Motion for Partial Summary Judgment

Defendants did not move to seal footnote 3 on page 6 of their supplemental reply brief, but did not include footnote 3 in their publicly filed version.  The Court ORDERS Defendants to file an amended redacted version of their supplemental reply brief with this footnote.

IT IS SO ORDERED.

Dated:  March 13, 2009

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: MOTION TO SEAL                     2                        n:\lit\li2007\080046\00542683.doc
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW