LAW OFFICES OF
SANFORD M. CIPINKO

SANFORD M. CIPINKO
JEREMY CLOYD
YULIYA MAGOMEDOV
TIMOTHY F. PERRY

55 FRANCISCO STREET
SUITE 403
SAN FRANCISCO, CALIFORNIA 94133
TEL: (415) 693-9905
FAX: (415) 693-9904

EMAIL: scipinko@cipinkolaw.com

March 23, 2009

Judge Jeffrey S. White
U.S. District Court, Northern District of California
450 Golden Gate Ave., Courtroom 2
San Francisco, CA 94102

Re: <u>Alemozaffar v. CCSF</u>, Case No. C07-4494 JSW

Dear Judge White:

On March 19, 2009, your honor notified the parties of the questions to be addressed at the March 20, 2009 hearing on Defendants' Motion for Partial Summary Judgment. You may recall that I misunderstood your third question and therefore had difficulty responding during the hearing.

In order to properly respond to the Court's third question, I am requesting leave of Court to file a non-argumentative list of cites to the record showing lack of probable cause to arrest Plaintiff.

Thank you for your consideration.

Sincerely,
Law Offices of Sanford M. Cipinko

Jeremy Cloyd

Plaintiff's request is DENIED. In the future, the parties shall address all requests to the Court in pleading form.

Dated: March 23, 2009

