SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq., SBN 239991
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE:       (415) 693-9905
FACSIMILE: (415) 693-9904

Attorneys for Plaintiff
MEHRDAD ALEMOZAFFAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO ; and DOES 1-50, individually and in their official capacities.<br><br>Defendants. | Case No. C 07-04494 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |

1     WHEREAS April 3, 2009 is the cut-off date for expert discovery;

2     WHEREAS the parties have made substantial progress in completing expert
3 depositions;

4     WHEREAS the parties will be unable to complete four expert depositions by April
5 3, 2009 due to the schedules for the experts and of counsel;

6     THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the
7 Court, that the deadline to complete expert discovery shall be April 30, 2009.

9 Dated: March 25, 2009     LAW OFFICES OF SANFORD M. CIPINKO

11     By: /s/
    JEREMY CLOYD, Attorneys for Plaintiff
12     MEHRDAD ALEMOZAFFAR

13 Dated: March 25, 2009     DENNIS J. HERRERA
    City Attorney
14     JOANNE HOEPER
    Chief Trial Attorney

16     By: /s/
    DANIEL ZAHEER
17     SCOTT D. WIENER
    Attorneys for Defendants

1 | **[~~PROPOSED~~] ORDER**

2 | Good Cause Appearing,

3 | Based on the foregoing stipulation and good cause appearing, the Court hereby
4 | ordered that the deadline to complete expert discovery shall be April 30, 2009.

6 | Dated:   March 30, 2009

IT IS SO ORDERED
Judge Jeffrey S. White

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE