IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRDAD ALEMOZAFFAR,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-04494 JSW

**ORDER (1) CONTINUING DATES; (2) GRANTING REQUEST TO HEAR MOTION FOR GAG ORDER ON SHORTENED TIME; AND (3) SETTING A HEARING ON DEFENDANTS MOTION TO CHANGE VENUE**

    The Court HEREBY CONTINUES the pretrial conference and trial to July 13, 2009 at 2:00 p.m. and August 10, 2009 at 8:00 a.m., respectively. The Court GRANTS Defendants' motion to hear their motion for a gag order on shortened time. Plaintiff shall file his opposition by no later than April 13, 2009 at 10:00 a.m., and shall bring a chamber's copy directly to chambers by no later than 10:30 a.m. on April 13, 2009. Defendants shall file a reply, if any, by no later than 4:00 p.m. on April 14, 2009, and shall bring a chamber's copy directly to chambers by no later than 4:30 p.m. on April 14, 2009. The Court will hear Defendants' motion for a gag order at 1:30 p.m. on April 16, 2009.

    The Court will hear Defendants' motion to change venue on June 5, 2009 at 9:00 a.m. Plaintiff's opposition to the motion shall be filed by no later than April 22, 2009 and a reply brief shall be filed by no later than April 29, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE