| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
| | Chief Trial Deputy |
| 3 | SCOTT D. WIENER, State Bar #189266 |
| | DANIEL A. ZAHEER, State Bar #237118 |
| 4 | Deputy City Attorney |
| | Fox Plaza |
| 5 | 1390 Market Street, 6th Floor |
| | San Francisco, California 94102-5408 |
| 6 | Telephone: (415) 554-4283 |
| | Facsimile: (415) 554-3837 |
| 7 | |
| | Attorneys for Defendant |
| 8 | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] GAG ORDER** |
| vs. | Date Action Filed: July 20, 2007 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | Trial Date: June 15, 2009 |
| Defendants. | |

STIPULATION & [PROPOSED] GAG ORDER
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW

n:\lit\li2007\080046\00550356.doc

1  WHEREAS defendants have moved this Court for an order preventing the parties from
2  engaging in communications with the media and from making extrajudicial statements;
3  WHEREAS subsequent to defendants' filing of the motion, the parties have met and
4  conferred in an effort to come to an agreement regarding the language and scope of the proposed gag
5  order;
6  AND WHEREAS the parties have endeavored to produce a proposed order that is consistent
7  with existing precedent, including *Levine v. District Court*, 764 F.2d 590 (9th Cir. 1985).
8  THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, to
9  the following order:
10
11  The parties and their attorneys in this matter shall not communicate with the media or make
12  any extra-judicial public statements regarding this case or Defendant Officer Jesse Serna, relating to
13  one or more of the following subjects:
14  (1) The character, credibility, or reputation of a party;
15  (2) The identity of a witness or the expected testimony of a party or a witness;
16  (3) The contents of any pretrial confession, admission, or statement given by a party or
17  witness or that person's refusal or failure to make a statement;
18  (4) The identity or nature of physical evidence expected to be presented or the absence of
19  such physical evidence;
20  (5) The strengths or weaknesses of the case of either party;
21  (6) Allegations of misconduct or citizen complaints against any defendant, including OCC
22  complaints and lawsuits;
23  (7) Any employer-imposed discipline, sanction or remedial measure that has been or could be
24  taken against any defendant;
25  (8) The parties' past, present or future settlement negotiations or positions in this case;
26  (9) Any City or County policy, custom or practice that is or may become at issue in this case;
27  and
28

STIPULATION & [PROPOSED] GAG ORDER                                        n:\lit\li2007\080046\00550356.doc
Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW

(10) Any other information the lawyer or party knows or reasonably should know is likely to be inadmissible as evidence or would create a substantial likelihood of material prejudice if disclosed.

This order shall remain in force during the pendency of this action or until further order of this Court. No person covered by this order shall avoid its effects by indirectly but deliberately taking actions which bring about a violation of the order.

The hearing on defendants' gag order motion, scheduled for April 16, 2009, is off calendar.

Dated: April 13, 2009

                      DENNIS J. HERRERA
                      City Attorney
                      JOANNE HOEPER
                      Chief Trial Deputy
                      SCOTT D. WIENER
                      DANIEL A. ZAHEER
                      Deputy City Attorney

                          - /s/ - Daniel A. Zaheer
                By:_____
                      DANIEL A. ZAHEER
                      Attorneys for Defendants

Dated: April 13, 2009

                      LAW OFFICES OF SANFORD M. CIPINKO

                          - /s/ - Jeremy Cloyd
                By:_____
                      JEREMY CLOYD
                      Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

                      *Pursuant to GO 45, the electronic signatory has
                      obtained approval from this signatory.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 14, 2009                 _____
                                     HON. JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE