IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRDAD ALEMOZAFFAR,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-04494 JSW

**ORDER (1) VACATING PENDING DEADLINES; (2) AND SETTING CASE MANAGEMENT CONFERENCE**

The Court has received Defendants' notice of settlement, pending approval of all appropriate governing bodies, and requesting that the Court take all pending matters off calendar. The Court hereby takes all pending matters off calendar and will reset the hearing on Defendant's motion to change venue, the pretrial conference, and trial, if necessary. The hereby schedules a further case management conference in this matter for July 10, 2009 at 1:30 p.m. This case management conference will be vacated if the parties finalize the settlement before this date and file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: April 24, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE