1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   DANIEL A. ZAHEER, State Bar #237118
4  Deputy City Attorneys
   1390 Market Street, 7th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4283
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO. | |
| Defendants. | |

1 | The parties previously informed the Court that a tentative settlement had been achieved in
2 | this case, subject to approval by the San Francisco Board of Supervisors.  The Court then vacated the
3 | trial and pretrial dates and set a case management conference for July 10, 2009, at 1:30 p.m.
4 | The settlement has not yet been approved, in light of the Board's focus on the City's budget.
5 | Accordingly, the parties request that the Court continue the CMC by 60 days.

Dated:  July 9, 2009

                            DENNIS J. HERRERA
                            City Attorney
                            JOANNE HOEPER
                            Chief Trial Deputy
                            SCOTT D. WIENER
                            DANIEL A. ZAHEER
                            Deputy City Attorneys

                              - /s/ -  Daniel Zaheer
                     By:_____
                            DANIEL A. ZAHEER
                            Attorneys for Defendants

Dated:  July 9, 2009

                            LAW OFFICES OF SANFORD M. CIPINKO

                              - /s/ -  Jeremy Cloyd*
                     By:_____
                            JEREMY CLOYD
                            Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

                            *Pursuant to General Order 45, §X.B., the filer of this
                            document attests that he has received the concurrence
                            of this signatory to file this document

ORDER

Based on the foregoing stipulation and good cause appearing, the Court hereby orders that the July 9, 2009, case management conference be continued to September 4, 2009, at 1:30 p.m.

SO ORDERED.

Dated: July 9, 2009

*Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE