1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   SCOTT D. WIENER, State Bar #189266
    DANIEL A. ZAHEER, State Bar #237118
4   Deputy City Attorneys
    1390 Market Street, 7th Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-4283
6   Facsimile:     (415) 554-3837

7   Attorneys for Defendants

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  MEHRDAD ALEMOZAFFAR,                          Case No. C07-4494 JSW

12          Plaintiff,                            **STIPULATION AND [PROPOSED]
                                                  ORDER CONTINUING CASE
13      vs.                                       MANAGEMENT CONFERENCE**

14  CITY AND COUNTY OF SAN                        CMC Date:  September 4, 2009
    FRANCISCO, a municipal corporation;           Time:         1:30 p.m.
15  JESSE SERNA, individually and in his          Hon. Jeffrey S. White
    official capacity as a police officer for the
16  CITY AND COUNTY OF SAN
    FRANCISCO; GARY MORIYAMA,
17  individually and in his official capacity as
    a police officer for the CITY AND
18  COUNTY OF SAN FRANCISCO; J
    MCGRATH, individually and in his
19  official capacity as a police officer for the
    CITY AND COUNTY OF SAN
20  FRANCISCO; J. REYMUNDO,
    individually and in his official capacity as
21  a deputy sheriff officer for the CITY AND
    COUNTY OF SAN FRANCISCO; G.
22  COVIELLO, , individually and in his
    official capacity as a deputy sheriff officer
23  for the CITY AND COUNTY OF SAN
    FRANCISCO.
24
            Defendants.
25

26

27

28

Alemozaffar v. CCSF, et al. – USDC No. C07-4494 JSW          1          n:\lit\li2007\080046\00576543.doc

1    The parties previously informed the Court that a tentative settlement had been achieved in

2  this case, subject to approval by the San Francisco Board of Supervisors.  The Court then vacated the

3  trial and pretrial dates and set a case management conference ("CMC") for July 10, 2009, at 1:30

4  p.m.  Subsequently, the parties stipulated and the Court ordered that the CMC be continued to

5  September 4, 2009, at 1:30 p.m., because the settlement had not yet been approved by the San

6  Francisco Board of Supervisors.

7    Since the last continuance, there have been additional delays that have prevented the Board

8  of Supervisors from acting on the proposed settlement.  Specifically, the Board was consumed with

9  the City's budget and is currently on recess until September.  However, the San Francisco Police

10 Commission has considered the settlement and has given its approval.  Accordingly, the parties

11 request that the Court continue the CMC by an additional 60 days in order to provide time for the

12 Board to approve, and the Mayor to sign, the settlement.

13

14 Dated:  August 28, 2009

15                                         DENNIS J. HERRERA
16                                         City Attorney
                                           JOANNE HOEPER
17                                         Chief Trial Deputy
                                           SCOTT D. WIENER
18                                         DANIEL A. ZAHEER
19                                         Deputy City Attorneys

20                                          - /s/ -   Scott D. Wiener
                                     By:_____
21                                         SCOTT D. WIENER
22                                         Attorneys for Defendants

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

Dated:  August 28, 2009

LAW OFFICES OF SANFORD M. CIPINKO

- /s/ -  Sanford Cipinko*

By:_____

SANFORD CIPINKO
Attorneys for Plaintiff MEHRDAD ALEMOZAFFAR

*Pursuant to General Order 45, §X.B., the filer of this
document attests that he has received the concurrence
of this signatory to file this document

ORDER

Based on the foregoing stipulation and good cause appearing, the Court hereby orders that

the September 4, 2009, case management conference be continued to  November 6  . 2009, at

 1:30 p.m.  .

SO ORDERED.

Dated:  August 31, 2009      _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE