1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
DANIEL A. ZAHEER, State Bar #237118
4 | Deputy City Attorney
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendant
City And County Of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEHRDAD ALEMOZAFFAR, | Case No. C07-4494 JSW |
|---|---|
| Plaintiff, | **REQUEST FOR DISMISSAL;** ~~[PROPOSED]~~ **ORDER OF DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JESSE SERNA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J MCGRATH, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; J. REYMUNDO, individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO; G. COVIELLO, , individually and in his official capacity as a deputy sheriff officer for the CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    A settlement agreeable to all parties has been reached in the above-mentioned matter.  The parties respectfully request that this case be dismissed with prejudice.  The parties shall bear their own costs and fees.  The gag order entered in this case shall terminate upon entry of judgment.

Dated:  December 23, 2009

                                LAW OFFICES OF SANFORD M. CIPINKO

                                By:  s/Jeremy Cloyd
                                JEREMY CLOYD

                                Attorneys for Plaintiff
                                MEHRDAD ALEMOZAFFAR

Dated:  December 24, 2009

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                SCOTT D. WIENER
                                DANIEL A. ZAHEER
                                Deputy City Attorneys

                                By:  s/Scott D. Wiener
                                SCOTT D. WIENER

                                Attorneys for Defendant
                                CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 4, 2010

                                HON. JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE